THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN # 254904)
Assistant United States Attorney
300 N. Los Angeles Street
Federal Building, Room 7211
Los Angeles, CA 90012
    Telephone:  (213) 894-6551
    Facsimile:   (213) 894-0115
    E-mail:      andrew.t.pribe@usdoj.gov

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CV 05-6680 - SGL (CWx) |
| Plaintiff, | Judgment |
| vs. | |
| JOHN G. NACKEL and GAIL H. NACKEL | |
| Defendants | |

On the motion of the United States of America under Rule 56 of the Federal Rules of Civil Procedure, judgment is granted in favor of the United States and against John G. Nackel and Gail H. Nackel in the amount of $958,219 plus statutory interest and costs.

IT IS SO ORDERED this 28th day of October, 2009.

STEPHEN G. LARSON
United States District Judge